FILED
JAMES BONINI
CLERK

04 JAN 12 AM 10: 05

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
(CINCINNATI)

| | |
|---|---|
| WPW CINCINNATI, INC., | ) |
| Plaintiff, | ) Case No. C-1-01-687 |
| vs. | ) Judge Susan J. Dlott |
| OFFICE DEPOT, INC., | ) PLAINTIFF WPW CINCINNATI, INC.'S MOTION FOR STAY OF PROCEEDINGS TO ENFORCE A JUDGMENT |
| Defendant | ) |

Comes now the Plaintiff, WPW Cincinnati, Inc. ("WPW"), pursuant to Federal Rule of Civil Procedure 62(b) and moves this Court for an Order staying the execution of or any proceedings to enforce the judgment in the above referenced cause, pending the disposition of the Motion for New Trial filed by Plaintiff on April 17, 2003.

Respectfully submitted,

STINSON MORRISON HECKER LLP
Gerald R. Ortbals (*Pro Hac Vice*)
John W. Moticka (*Pro Hac Vice*)
100 S. Fourth St., Suite 700
St. Louis, Missouri 63102
(314) 259-4500 (phone)

SANTEN & HUGHES

By: *Charles M. Meyer*
Charles M. Meyer, (OH 0019331)
312 Walnut Street, Suite 3100
Cincinnati, OH 45202
Telephone: (513) 721-4450
ATTORNEYS FOR PLAINTIFF
WPW CINCINNATI OF OHIO, INC.

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff WPW Cincinnati, Inc.'s Motion for Stay of Proceedings to Enforce Judgment via hand delivery on the 12th day of January, 2004, to:

>Renee S. Filiatraut
>Thompson Hine LLP
>312 Walnut Street, Suite 1400
>Cincinnati, Ohio 45202
>*Attorney for Defendant*

>_____
>J. Robert Linneman

236242.1