IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
(CINCINNATI)

| | |
|---|---|
| WPW CINCINNATI, INC., | : Case No. C-1-01-687 |
| Plaintiff, | : Judge Susan J. Dlott |
| vs. | : **AGREED JUDGMENT** |
| OFFICE DEPOT, INC., | : |
| Defendant. | : |

This matter is before the Court pursuant to the stipulation and agreement of Plaintiff WPW Cincinnati, Inc. ("WPW") and Defendant Office Depot, Inc. ("Office Depot"), as indicated by the signatures of counsel for both parties below, and the signature of the President of WPW, who is duly authorized by WPW to sign this Judgment on its behalf, for adjudication and entry of final judgment in this action upon the terms and conditions set forth below. After due consideration the Court finds it is just and proper that this Court enter judgment in accordance with the stipulation of the parties. Therefore, is it:

ORDER, ADJUDGED AND DECREED that judgment is hereby entered for Office Depot against WPW, as follows:

1. On April 7, 2003, judgment was entered against WPW in favor of Office Depot for the sum of $354,156.

2. Office Depot is awarded the additional amount of $110,553.18, which represents its costs and attorneys' fees through December 21, 2003. Therefore, the total amount of the judgment is $464,709.18, plus post judgment interest.

3. By entering into this Agreed Judgment, WPW acknowledges and agrees that it waives any right to appeal, any right to a new trial, or otherwise challenge this judgment.

4. WPW shall be entitled to satisfy such judgment and all claims of Office Depot by making payment of $150,000 by cashier's check or certified funds to Office Depot on or before April 15, 2004.

5. The parties hereby withdraw all motions currently pending before this Court in the matter, including WPW's Motion for New Trial filed on April 17, 2003, Office Depot's Motion for Attorneys' Fees filed on April 17, 2003 and WPW's Motion for Stay filed on January 12, 2004.

6. The execution of this judgment shall be stayed up to and including April 15, 2004. However, if Office Depot does not receive the payment set forth in paragraph 4 above by April 15, 2004, Office Depot shall be immediately free to pursue collection of and/or execution of this judgment in the full amount of $464,709.18, plus post judgment interest.

7. Upon payment of the settlement amount of $150,000, WPW shall be deemed to have satisfied the judgment herein.

8. Office Depot, within five business days after receipt of the $150,000 payment, shall prepare and file a satisfaction of judgment entry.

Respectfully submitted,

*[signature]*

Gerald R. Ortbals
John W. Moticka
100 South Fourth Street, Suite 700
St. Louis, Missouri 63102
Telephone: (314) 259-4531

Trial Attorneys for Plaintiff
WPW Cincinnati, Inc.

*[signature]*

Jeff Wilson, President of WPW Cincinnati, Inc.

*[signature]*

Renee S. Filiatraut (0041085)
THOMPSON HINE LLP
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202-4089
Telephone: (513) 352-6659
Facsimile: (513) 241-4771

Trial Attorney for Defendant
Office Depot, Inc.

*[signature]*

Judge Susan J. Dlott

468442.1