IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
(CINCINNATI)

| | | |
|---|---|---|
| WPW CINCINNATI, INC., | : | Case No. C-1-01-687 |
| Plaintiff, | : | Judge Susan J. Dlott |
| vs. | : | |
| OFFICE DEPOT, INC., | : | <u>SATISFACTION OF JUDGMENT</u> |
| Defendant. | : | |
| | : | |

Defendant Office Depot, Inc., by its attorney, states that the Agreed Judgment entered by this Court on February 11, 2004 in favor of Defendant and against Plaintiff WPW Cincinnati, Inc. has been fully satisfied and such judgment is hereby released.

Respectfully submitted,

_s/Renee S. Filiatraut_
Renee S. Filiatraut (0041085)
THOMPSON HINE LLP
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202
Telephone: (513) 352-6659

Trial Attorney for Defendant
Office Depot, Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 20, 2004, a copy of the foregoing Satisfaction of Judgment was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        s/*Renee S. Filiatraut*
                                        Renee S. Filiatraut